No. 00–7015. TOVIAS-MARROQUIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 